Form 132 – 13sum

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−17473−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Jon W. Storz
 109 Savannah Circle
 Egg Harbor Township, NJ 08234

Social Security No.:
 xxx−xx−8608

Employer's Tax I.D. No.:

**NOTICE OF HEARING ON CONFIRMATION OF PLAN**

Date:             6/12/19
Time:             10:00 AM
Location:         Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: April 29, 2019
JAN: jpl

                    Jeanne Naughton
                    Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 19-17473-ABA
Jon W. Storz                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2              Date Rcvd: Apr 29, 2019
                              Form ID: 132             Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 01, 2019.
```
db              +Jon W. Storz,   109 Savannah Circle,   Egg Harbor Township, NJ 08234-6003
518179323       +Chris Storz,   9 Cornet Terr,   Burlington, NJ 08016-4290
518179324       +Citibank N A,   701 E 60th St,   Sioux Falls, SD 57104-0493
518179325       +Citizen's Bank,   1 Citizens Dr,   Riverside, RI 02915-3000
518179326       +Credence Resource Management,    PO Box 2300,   C/O DirectTV,   Southgate, MI 48195-4300
518179327      ++DIRECTV LLC,   ATTN BANKRUPTCIES,   PO BOX 6550,   GREENWOOD VILLAGE CO 80155-6550
                (address filed with court:   DIRECTV,   PO BOX 9001069,   LOUISVILLE, KY 40290-1069)
518210354        Disney Vacation Club,   PO Box 470727,   Celebration, FL 34747-0727
518179329       +Federated Law group PLLC,   887 Donald Ross Rd,   Juno Beach, FL 33408-1611
518179336       +Mr. Cooper,   8950 Cypress Waters Blvd.,   Coppell, TX 75019-4620
518196469    ++++NATIONSTAR MORTGAGE, LLC D/B/A MR. COOPER,   GROSS POLOWY, LLC,   2500 PLAZA FIVE STE 2548,
                JERSEY CITY NJ   07311-4026
                (address filed with court:   Nationstar Mortgage, LLC d/b/a Mr. Cooper,   Gross Polowy, LLC,
                2500 Plaza 5, Suite 2548,   Jersey City, NJ 07311)
518179337       +Nicole Anderson Storz,   109 Savannah Cir,   Egg Harbor Township, NJ 08234-6003
518179338        Office Of Attorney General,   25 Market Street, PO Box 112,   Richard J Hughes Justice Complex,
                Trenton, NJ 08625-0112
518210356       +Ragen & Ragen,   3100 Route 138 West,   Brinley Plaza Building one,   Belmar, NJ 07719-9020
518179339      ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                TRENTON NJ 08646-0245
                (address filed with court:   State Of New Jersey,   P.O. Box 245,
                Dept Of Treasury-Division Of Taxation,   Trenton, NJ 08695-0245)
518210357        Sears Credit Cards,   Po Box 183081,   Columbus, OH 43218-3081
518210359       +Sun Run Solar,   738 Cedar St,   Bridgeton, NJ 08302-4888
518210358       +Velocity,   4315 Pickett Road,   Saint Joseph, MO 64503-1600
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Apr 30 2019 00:27:40     U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 30 2019 00:27:37     United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
518179330        E-mail/Text: ebnbankruptcy@ahm.honda.com Apr 30 2019 00:27:48     Honda Financial Services,
                P.O. Box 1844,   Alpharetta, GA 30023-1844
518209858        E-mail/Text: ebnbankruptcy@ahm.honda.com Apr 30 2019 00:27:48
                American Honda Finance Corporation,   National Bankruptcy Center,   P.O. Box 168088,
                Irving, TX 75016-8088
518179328        E-mail/Text: bankruptcy.bnc@ditech.com Apr 30 2019 00:27:07     Ditech Financial LLC,
                PO Box 6172,   Rapid City, SD 57709-6172
518179333       +E-mail/Text: cio.bncmail@irs.gov Apr 30 2019 00:26:56     IRS,   1601 Market St,
                Philadelphia, PA 19103-2301
518179334       +E-mail/Text: bknotificationdistribution@jhcapitalgroup.com Apr 30 2019 00:28:44
                JH Portfolio Debt Equiti,   5757 Phantom Drive Suite 225,   Hazelwood, MO 63042-2429
518179335       +E-mail/Text: bankruptcydpt@mcmcg.com Apr 30 2019 00:27:37     Midland Funding,
                8875 Aero Dr, Ste 200,   San Diego, CA 92123-2255
518210355       +E-mail/Text: bankruptcy@prosper.com Apr 30 2019 00:28:11     Prosper Marketplace Inc,
                101 2nd St Fl 15,   San Francisco, CA 94105-3672
518179340        E-mail/PDF: gecsedi@recoverycorp.com Apr 30 2019 00:29:11     Syncb/Care Credit,
                Po Box 965036,   Orlando, FL 32896-5036
518179341       +E-mail/PDF: gecsedi@recoverycorp.com Apr 30 2019 00:29:37     Syncb/Old Navy DC,
                PO Box 965005,   Orlando, NJ 32896-5005
518181560       +E-mail/PDF: gecsedi@recoverycorp.com Apr 30 2019 00:29:12     Synchrony Bank,
                c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
518179342        E-mail/PDF: gecsedi@recoverycorp.com Apr 30 2019 00:29:12     Synchrony Bank,   PO Box 965013,
                Orlando, FL 32896-5013
                                                                                             TOTAL: 13
```

```
                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518179331*       IRS,   PO Box 744,   Springfield, NJ 07081-0744
518179332*       IRS,   PO Box 725,   Special Procedures Function,   Springfield, NJ 07081
518197825*       IRS,   PO BOX 7346,   PHILADELPHIA PA 19101-7346
                                                                                 TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

```
District/off: 0312-1          User: admin              Page 2 of 2                  Date Rcvd: Apr 29, 2019
                              Form ID: 132             Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2019                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 29, 2019 at the address(es) listed below:
          Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          Kevin Gordon McDonald    on behalf of Creditor   Ditech Financial LLC kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Lynn Therese Nolan    on behalf of Creditor   Nationstar Mortgage, LLC d/b/a Mr. Cooper
           ecfnotices@grosspolowy.com, jbommelje@grosspolowy.com
          Seymour   Wasserstrum    on behalf of Debtor Jon W. Storz mylawyer7@aol.com, ecf@seymourlaw.net
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5
```