| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY**<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>**Seymour Wasserstrum, Esq.**<br>**Law Offices of Seymour Wasserstrum**<br>**205 W. Landis Avenue**<br>**Vineland, New Jersey 08360**<br>**Phone: (856) 696-8300**<br>**Fax: (856) 696-6962**<br><br>**Attorney for Debtor:**<br><br>    Jon W. Storz | Order Filed on August 22, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>**Case No:** 19-17473<br><br>**Chapter:** 13<br><br>**Judge:** Andrew B. Altenburg, Jr.<br><br>**Hearing:** August 14, 2019 at 10:00 AM |

**CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION BY CITIZENS BANK, N.A.**

    The relief set forth on the following page, numbered two (2) is hereby ORDERED.

**DATED: August 22, 2019**

_____
Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
**Debtor:** Jon W. Storz
**Case No.:** 19-17473
**Caption of Order:** CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION BY CITIZENS BANK, N.A.

THIS MATTER having been brought before the Court upon filing of the Objection to Confirmation (Doc. 21) by Citizens Bank, N.A. ("Creditor"), by and through its attorneys, Gellert, Scali, Busenkell, & Brown, LLC, Ronald Gellert, Esq.; and by Jon W. Storz ("Debtor"), by and through his attorneys, The Law Offices of Seymour Wasserstrum, Seymour Wasserstrum, Esq., the parties having resolved Debtor's treatment of Creditor's secondary mortgage lien established in Proof of Claim 4-1 as follows and have consented to the entry of the within Order;

**IT IS HEREBY ORDERED** as follows:

1. Citizens Bank, N.A. mortgage lien shall be avoided and satisfied in the public record with a reasonable period of time after the Debtor successfully completes this Chapter 13 bankruptcy plan payments.
2. This consent order shall resolve the objection to confirmation of the plan at docket entry # 21.
3. In the event the instant Chapter 13 bankruptcy case is dismissed or converted to another chapter under the bankruptcy code prior to successful completion of the Plan payments, Citizens Bank, N.A.'s lien shall remain, and the terms of the original note and mortgage shall govern.

*/s/ Seymour Wasserstrum*
Seymour Wasserstrum, Esq.
Law Offices of Seymour Wasserstrum
Attorney for Debtor,
*Jon W. Storz*

*/s/ Ronald S. Gellert*
Ronald S. Gellert, Esq.
Gellert, Scali, Busenkell, & Brown, LLC
Attorney for Creditor,
*Citizens Bank, N.A.*

Date: August 22, 2019

Date: August 22, 2019