**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Seymour Wasserstrum, Esq.
Law Offices of Seymour Wasserstrum
205 W. Landis Avenue
Vineland, New Jersey 08360
Phone: (856) 696-8300
Fax: (856) 696-6962

**Attorney for Debtor:**

   Jon W. Storz

Order Filed on August 22, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No:   19-17473

Chapter:   13

Judge:    Andrew B. Altenburg, Jr.

Hearing:  August 14, 2019 at 10:00 AM

## CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION BY CITIZENS BANK, N.A.

The relief set forth on the following page, numbered two (2) is hereby ORDERED.

**DATED: August 22, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
**Debtor:** Jon W. Storz
**Case No.:** 19-17473
**Caption of Order:** CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION BY CITIZENS BANK, N.A.

THIS MATTER having been brought before the Court upon filing of the Objection to Confirmation (Doc. 21) by Citizens Bank, N.A. ("Creditor"), by and through its attorneys, Gellert, Scali, Busenkell, & Brown, LLC, Ronald Gellert, Esq.; and by Jon W. Storz ("Debtor"), by and through his attorneys, The Law Offices of Seymour Wasserstrum, Seymour Wasserstrum, Esq., the parties having resolved Debtor's treatment of Creditor's secondary mortgage lien established in Proof of Claim 4-1 as follows and have consented to the entry of the within Order;

**IT IS HEREBY ORDERED** as follows:

1. Citizens Bank, N.A. mortgage lien shall be avoided and satisfied in the public record with a reasonable period of time after the Debtor successfully completes this Chapter 13 bankruptcy plan payments.
2. This consent order shall resolve the objection to confirmation of the plan at docket entry # 21.
3. In the event the instant Chapter 13 bankruptcy case is dismissed or converted to another chapter under the bankruptcy code prior to successful completion of the Plan payments, Citizens Bank, N.A.'s lien shall remain, and the terms of the original note and mortgage shall govern.

| | |
|---|---|
| */s/ Seymour Wasserstrum* | */s/ Ronald S. Gellert* |
| Seymour Wasserstrum, Esq. | Ronald S. Gellert, Esq. |
| Law Offices of Seymour Wasserstrum | Gellert, Scali, Busenkell, & Brown, LLC |
| Attorney for Debtor, | Attorney for Creditor, |
| *Jon W. Storz* | *Citizens Bank, N.A.* |
| | |
| Date: August 22, 2019 | Date: August 22, 2019 |

Case 19-17473-ABA    Doc 35    Filed 08/24/19    Entered 08/25/19 00:35:52    Desc Imaged
                            Certificate of Notice    Page 3 of 3

United States Bankruptcy Court
District of New Jersey

In re:                                                               Case No. 19-17473-ABA
Jon W. Storz                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1         User: admin              Page 1 of 1          Date Rcvd: Aug 22, 2019
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 24, 2019.
db             +Jon W. Storz,   109 Savannah Circle,   Egg Harbor Township, NJ 08234-6003

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 22, 2019 at the address(es) listed below:
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Kevin Gordon McDonald    on behalf of Creditor    Ditech Financial LLC kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Lynn Therese Nolan    on behalf of Creditor    Nationstar Mortgage, LLC d/b/a Mr. Cooper
               ecfnotices@grosspolowy.com, lnolan@grosspolowy.com
              Lynn Therese Nolan    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               ecfnotices@grosspolowy.com, lnolan@grosspolowy.com
              Raymond Shockley, Jr    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Ronald S. Gellert    on behalf of Creditor    Citizens Bank, N.A. rgellert@gsbblaw.com,
               abrown@gsbblaw.com
              Seymour Wasserstrum    on behalf of Debtor Jon W. Storz mylawyer7@aol.com,  ecf@seymourlaw.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 8