Rob Saltzman, Esquire
**PLUESE, BECKER & SALTZMAN, LLC**
Attorneys At Law
RS1765
20000 Horizon Way, Suite 900
Mt. Laurel, NJ 08054-4318
(856) 813-1700
**Attorneys for the Mortgagee**
File No. 106483B

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

|   |   |
|---|---|
| : | **CASE NO. 19-17473-ABA** |
| In re: |   |
| : | **CHAPTER 13** |
| Jon W. Storz |   |
| : | **ENTRY OF APPEARANCE AND REQUEST FOR SERVICE** |
| Debtor | |
| : | **OF NOTICES, PLEADINGS, ETC.** |
| : | |

Please take notice that the undersigned hereby enters appearance in the above-captioned matter on behalf of the secured creditor, CSMC 2021-RPL4 Trust, and that, pursuant to Rule 2002(g), secured creditor hereby requests that all Notices, Pleadings and any other documents pertaining to this case be sent to both of the following addresses:

PLUESE, BECKER & SALTZMAN, LLC
20000 Horizon Way, Suite 900
Mt. Laurel, NJ 08054-4318

CSMC 2021-RPL4 Trust
c/o Rushmore Servicing
PO Box 619096
Dallas, TX 75261-9741

/s/ Rob Saltzman
Rob Saltzman, Esquire
Attorney for Secured Creditor,
CSMC 2021-RPL4 Trust

DATED: October 26, 2023