**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Jon W. Storz | Social Security number or ITIN  xxx–xx–8608 |
| | First Name   Middle Name   Last Name | EIN  __–_____ |
| Debtor 2 | | Social Security number or ITIN  ____ |
| (Spouse, if filing) | First Name   Middle Name   Last Name | EIN  __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 19–17473–ABA | |

## Order of Discharge                                                                                                    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

  Jon W. Storz

  2/8/24                                                                   **By the court:** Andrew B. Altenburg Jr.
                                                                                                United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

  ♦ debts that are domestic support obligations;

  ♦ debts for most student loans;

  ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                      Case No. 19-17473-ABA
Jon W. Storz                                                                                            Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                    User: admin                    Page 1 of 4
Date Rcvd: Feb 08, 2024              Form ID: 3180W              Total Noticed: 49

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 10, 2024:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Jon W. Storz, 109 Savannah Circle, Egg Harbor Township, NJ 08234-6003 |
| cr | + | Prosper Funding LLC, Ragan & Ragan PC, 3100 Route 138 West, Wall, NJ 07719-9020 |
| 519538874 | #+ | CSMC 2021-RPL4 Trust, c/o, Rushmore Loan Management Services LLC, P.O. Box 52708, Irvine, CA 92619-2708 CSMC 2021-RPL4 Trust 92619-2708 |
| 519538873 | | CSMC 2021-RPL4 Trust, c/o, Rushmore Loan Management Services LLC, P.O. Box 52708, Irvine, CA 92619-2708 |
| 518179323 | + | Chris Storz, 9 Cornet Terr, Burlington, NJ 08016-4290 |
| 518179328 | | Ditech Financial LLC, PO Box 6172, Rapid City, SD 57709-6172 |
| 518210377 | + | Ditech Financial LLC, KML Law Group, P.C., 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 518179329 | + | Federated Law group PLLC, 887 Donald Ross Rd, Juno Beach, FL 33408-1611 |
| 518196469 | ++++ | NATIONSTAR MORTGAGE, LLC D/B/A MR. COOPER, GROSS POLOWY, LLC, 2500 PLAZA FIVE STE 2548, JERSEY CITY NJ 07311 address filed with court:, Nationstar Mortgage, LLC d/b/a Mr. Cooper, Gross Polowy, LLC, 2500 Plaza 5, Suite 2548, Jersey City, NJ 07311 |
| 518179337 | + | Nicole Anderson Storz, 109 Savannah Cir, Egg Harbor Township, NJ 08234-6003 |
| 518225198 | + | Prosper Funding, LLC, c/o Ragan & Ragan, PC, 3100 Route 138 West, Wall, NJ 07719-9020 |
| 518210355 | + | Prosper Marketplace Inc, 101 2nd St Fl 15, San Francisco, CA 94105-3672 |
| 518210356 | + | Ragen & Ragen, 3100 Route 138 West, Brinley Plaza Building one, Belmar, NJ 07719-9020 |
| 518210359 | + | Sun Run Solar, 738 Cedar St, Bridgeton, NJ 08302-4888 |
| 518181560 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518210358 | + | Velocity, 4315 Pickett Road, Saint Joseph, MO 64503-1600 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 08 2024 20:58:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 08 2024 20:58:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 08 2024 20:56:00 | CSMC 2021-RPL4 Trust, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 08 2024 20:56:00 | CSMC 2021-RPL4 Trust c/o Rushmore Servicing, PO Box 619096, Dallas, TX 75261-9096 |
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 08 2024 20:56:00 | J.P. Morgan Mortgage Acquisition Corp. c/o Rushmor, PO Box 55004, Irvine, CA 92619-5004 |

Case 19-17473-ABA    Doc 63    Filed 02/10/24    Entered 02/11/24 00:16:40    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 08, 2024 | Form ID: 3180W | Total Noticed: 49 |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| 518179330 | | Email/Text: ebnbankruptcy@ahm.honda.com | Feb 08 2024 20:58:00 | Honda Financial Services, P.O. Box 1844, Alpharetta, GA 30023-1844 |
| 518209858 | | Email/Text: ebnbankruptcy@ahm.honda.com | Feb 08 2024 20:58:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 518213489 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 08 2024 20:55:00 | Citizens Bank N.A., One Citizens Bank Way Mail Stop JCA115, Johnston, RI 02919 |
| 520063068 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 08 2024 20:56:00 | CSMC 2021-RPL4 Trust, c/o Rushmore Servicing, PO Box 619094, Dallas, TX 75261-9741, CSMC 2021-RPL4 Trust, c/o Rushmore Servicing 75261-9094 |
| 520063067 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 08 2024 20:56:00 | CSMC 2021-RPL4 Trust, c/o Rushmore Servicing, PO Box 619094, Dallas, TX 75261-9094 |
| 518179324 | + | EDI: CITICORP | Feb 09 2024 01:37:00 | Citibank N A, 701 E 60th St, Sioux Falls, SD 57104-0432 |
| 518179325 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 08 2024 20:55:00 | Citizen's Bank, 1 Citizens Dr, Riverside, RI 02915-3000 |
| 518179326 | + | Email/Text: bankruptcy@credencerm.com | Feb 08 2024 20:58:00 | Credence Resource Management, PO Box 2300, C/O DirectTV, Southgate, MI 48195-4300 |
| 518179327 | | EDI: DIRECTV.COM | Feb 09 2024 01:37:00 | DIRECTV, PO BOX 9001069, LOUISVILLE, KY 40290-1069 |
| 518297252 | + | EDI: AIS.COM | Feb 09 2024 01:37:00 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518179333 | + | EDI: IRS.COM | Feb 09 2024 01:37:00 | IRS, 1601 Market St, Philadelphia, PA 19103-2301 |
| 519028573 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 08 2024 20:56:00 | J.P. Morgan Mortgage Acquisition Corp., c/o Rushmore Loan Management Services, PO Box 52708, Irvine, CA 92619-2708, J.P. Morgan Mortgage Acquisition Corp., c/o Rushmore Loan Management Services 92619-2708 |
| 519028572 | | Email/Text: nsm_bk_notices@mrcooper.com | Feb 08 2024 20:56:00 | J.P. Morgan Mortgage Acquisition Corp., c/o Rushmore Loan Management Services, PO Box 52708, Irvine, CA 92619-2708 |
| 518179334 | + | Email/Text: bknotificationdistribution@jhcapitalgroup.com | Feb 08 2024 20:58:00 | JH Portfolio Debt Equiti, 5757 Phantom Drive Suite 225, Hazelwood, MO 63042-2429 |
| 518179335 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 08 2024 20:57:00 | Midland Funding, 8875 Aero Dr, Ste 200, San Diego, CA 92123-2255 |
| 518249802 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 08 2024 20:57:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 518179336 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 08 2024 20:56:00 | Mr. Cooper, 8950 Cypress Waters Blvd., Coppell, TX 75019-4620 |
| 518298501 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 08 2024 20:56:00 | NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER, P.O. Box 619096, Dallas, TX 75261-9096 |
| 518698367 | | Email/Text: mtgbk@shellpointmtg.com | Feb 08 2024 20:56:00 | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826, New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 518698366 | | Email/Text: mtgbk@shellpointmtg.com | Feb 08 2024 20:56:00 | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 518179338 | ^ | MEBN | Feb 08 2024 20:48:18 | Office Of Attorney General, 25 Market Street, PO Box 112, Richard J Hughes Justice Complex, Trenton, NJ 08625-0112 |
| 518265489 | | EDI: Q3G.COM | | |

Case 19-17473-ABA    Doc 63    Filed 02/10/24    Entered 02/11/24 00:16:40    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 08, 2024 | Form ID: 3180W | Total Noticed: 49 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Feb 09 2024 01:37:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518179339 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Feb 08 2024 20:56:00 | State Of New Jersey, P.O. Box 245, Dept Of Treasury-Division Of Taxation, Trenton, NJ 08695-0245 |
| 518210357 | | EDI: CITICORP | Feb 09 2024 01:37:00 | Sears Credit Cards, Po Box 183081, Columbus, OH 43218-3081 |
| 518179340 | | EDI: SYNC | Feb 09 2024 01:37:00 | Syncb/Care Credit, Po Box 965036, Orlando, FL 32896-5036 |
| 518179341 | + | EDI: SYNC | Feb 09 2024 01:37:00 | Syncb/Old Navy DC, PO Box 965005, Orlando, NJ 32896-5005 |
| 518179342 | | EDI: SYNC | Feb 09 2024 01:37:00 | Synchrony Bank, PO Box 965013, Orlando, FL 32896-5013 |
| 518292773 | + | EDI: AIS.COM | Feb 09 2024 01:37:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 33

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518179332 | * | IRS, PO Box 725, Special Procedures Function, Springfield, NJ 07081 |
| 518179331 | * | IRS, PO Box 744, Springfield, NJ 07081-0744 |
| 518197825 | * | IRS, PO BOX 7346, PHILADELPHIA PA 19101-7346 |
| 518210354 | ## | Disney Vacation Club, PO Box 470727, Celebration, FL 34747-0727 |
| 518309901 | ## | Ditech Financial LLC, P.O. Box 12740, Tempe, AZ 85284-0046 |

TOTAL: 0 Undeliverable, 3 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2024        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 8, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aleisha Candace Jennings | on behalf of Creditor New Residential Mortgage LLC ajennings@raslg.com |
| Andrew B Finberg | ecfmail@standingtrustee.com |
| Kevin Gordon McDonald | on behalf of Creditor Ditech Financial LLC kmcdonald@kmllawgroup.com   bkgroup@kmllawgroup.com |

District/off: 0312-1 | User: admin | Page 4 of 4
Date Rcvd: Feb 08, 2024 | Form ID: 3180W | Total Noticed: 49

Lynn Therese Nolan
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper LynnNolan@SilvermanGroup.net, lnolan@grosspolowy.com

Lynn Therese Nolan
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper LynnNolan@SilvermanGroup.net lnolan@grosspolowy.com

Raymond Shockley, Jr
    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com

Robert P. Saltzman
    on behalf of Creditor J.P. Morgan Mortgage Acquisition Corp. c/o Rushmore Loan Management Services LLC dnj@pbslaw.org

Robert P. Saltzman
    on behalf of Creditor CSMC 2021-RPL4 Trust dnj@pbslaw.org

Robert P. Saltzman
    on behalf of Creditor CSMC 2021-RPL4 Trust c/o Rushmore Servicing dnj@pbslaw.org

Ronald S. Gellert
    on behalf of Creditor Citizens Bank N.A. rgellert@gsbblaw.com, abrown@gsbblaw.com

Seymour Wasserstrum
    on behalf of Debtor Jon W. Storz mylawyer7@aol.com ecf@seymourlaw.net;r47769@notify.bestcase.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

W. Peter Ragan
    on behalf of Creditor Prosper Funding LLC wpr@raganlaw.com susan@raganlaw.com

TOTAL: 13